UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Paul P Tadder

Case No: 13-20574

Debtor

Chapter 13

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

PLEASE TAKE NOTICE that the Debtor, Paul P Tadder, has filed papers with the Court requesting modification of his Chapter 13 Plan in the above-entitled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for a hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:
Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Servantez Law Office, S.C.
 Attorney At Law
4101 Washington Avenue
Racine, WI 53405

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:
   __X__ The Debtor;
   _____ The Chapter 13 Trustee (post-confirmation modifications only);
   _____ The holder of an unsecured claim (post-confirmation modification only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

   A. __X__ post-confirmation;

   B _____ pre-confirmation (Select i. or ii.);

   i _____ Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b) Therefore, this notice and the Attached Amended Chapter 13 plan will only be electronically sent to the Office of the United States Trustee and the Chapter 13 Trustee.; or

   ii. _____ Debtor's attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Lower the Chapter 13 payments and keep the 100% plan feasible.

4. The reason for the modification is: The Debtor is having difficulty making the Chapter 13 payments considering his budget.

5. Select A or B.

   A. __X__ The Chapter 13 Plan confirmed August 11, 2013 is modified as follows:
   Chapter 13 Plan payment will be $1,300.00 per month for the remainder of the 60 month Plan.

   B. _____ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: at Racine, Wisconsin this 10th day of February, 2014.

Servantez Law Office, S.C.
Attorney for the Debtor

/s/
Felix Servantez
State Bar No.:1001444

Servantez Law Office, S.C.
4101 Washington Avenue
Racine, WI 53405
(262) 634-1529 Phone
(262) 637-4580 Fax

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Paul P Tadder

Case No: 13-20574

Debtor

Chapter 13

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN

RACINE COUNTY

Nancy Emmons being first duly sworn on oath, deposes and states that on the 10th day of February, 2014, she deposited in the United States Mail at Racine, Wisconsin, a true and correct copy of the attached **NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN** to the following pre-stamped envelopes addressed to the following: See exhibit #1

/s/
Nancy Emmons

Subscribed and sworn to before me
this 10th day of February, 2014

/s/
Felix Servantez
Notary Public/ State of Wisconsin
My Commission: <u>permanent</u>

Servantez Law Office, S.C.
4101 Washington Avenue
Racine, WI 53405
(262) 634-1529 Phone
(262) 637-4580 Facsimile

Exhibit 1

```
Label Matrix for local noticing           Bank of America, N.A.              Bank of America, NA
0757-2                                    c/o Prober & Raphael, ALC          c/o Gray & Associates, LLP
Case 13-20574-pp                          20750 Ventura Blvd, Ste 100        16345 W Glendale Dr
Eastern District of Wisconsin             Woodland Hills, CA 91364-6207      New Berlin, WI 53151-2841
Milwaukee
Mon Feb 10 13:42:37 CST 2014

Bayview Loan Servicing, LLC               (p)GREENTREE SERVICING LLC         JPMorgan Chase Bank, N.A.
c/o Blommer Peterman, SC                  BANKRUPTCY DEPARTMENT              c/o Bass & Moglowsky SC
165 Bishops Way, Suite 100                P O BOX 6154                       501 W. Northshore Dr., #300
Brookfield, WI 53005-6215                 RAPID CITY SD 57709-6154           Milwaukee, WI 53217-4541

JPMorgan Chase Bank, National Association Nationstar Mortgage, LLC.          All Saints
c/o Gray & Associates, LLP                PO Box 630267                      P.O. Box 68-9872
16345 W Glendale Dr                       Irving, TX 75063-0116              Milwaukee, WI 53268-0001
New Berlin, WI 53151-2841

BAC Home Loans                            BAC Home Loans                     BANK OF AMERICA, N.A
P.O. Box 5170                             P.O. Box 650070                    c/o Gray & Associates, L.L.P.
Simi Valley, CA 93062-5170                Dallas, TX 75265-0070              16345 West Glendale Drive
                                                                             New Berlin, WI 53151-2841

Bank of America, N.A.                     Bayview Loan Servicing             Bayview Loan Servicing, LLC, a Delaware Limi
P.O. Box 660933                           4425 Ponce DeLeon Blvd 5th Floor   4425 Ponce De Leon Blvd.
Dallas, TX                                Miami, FL 33146-1837               Coral Gables, FL 33146-1837
75266-0933

Bayview Loan Servicing, LLC, a Delaware Limi CHASE                           Department of the Treasury
4425 Ponce De Loeon Blvd., 5th Floor      P.O. Box 9001871                   Internal Revenue Service
Coral Gables, FL 33146-1837               Louisville, KY 40290-1871          P.O. Box 7346
                                                                             Philadelphia, PA 19101-7346

Dyck Oneal Inc                            Federal National Mortgage Association  Gecrb/Sams
15301 Spectrum Dr                         Vantium Capital, Inc.              Po Box 981400
Addison, TX 75001-6436                    7880 Bent Branch Dr., Suite 150    El Paso, TX 79998-1400
                                          Irving, TX 75063-6045

Green Tree Servicing, LLC                 (p)INTERNAL REVENUE SERVICE        JPMorgan Chase Bank, N.A.
PO BOX 0049                               CENTRALIZED INSOLVENCY OPERATIONS  Chase Record Center
Palatine, IL 60055-0049                   PO BOX 7346                        Attn: Correspondence Mail
Telephone number: 888-298-7785            PHILADELPHIA PA 19101-7346         Mail Code LA4-5555
                                                                             700 Kansas Lane
                                                                             Monroe, LA 71203-4774

Jane Nikolai                              Mid Americ                         MidAmerica Bank- PNC Bank
Racine Co. Treasurer                      55th & Holmes                      Attn: Jeffery Schuster
730 Wisconsin Avenue                      Claredon Hills, IL 60514           633 West Wisconsin Ste.1800
Racine, WI 53403-1269                                                        Milwaukee, WI 53203-1918

Monco Law                                 (p)NATIONSTAR MORTGAGE             Office of the U. S. Trustee (e)
P.O. Box 1641                             PO BOX 630267                      517 East Wisconsin Ave.
RE: Tri City National Bank                IRVING TEXAS 75063-0116            Room 430
Brookfield, WI 53008-1641                                                    Milwaukee, WI 53202-4510
```

PNC BANK
PO BOX 94982
CLEVELAND, OH 44101-4982

Pnc Bank
1001 S Washington St
Naperville, IL 60540-7400

Racine County Treasurer
730 Wisconsin Ave.
Racine, WI 53403-1269

Rmb, Inc
409 Bearden Park Cir
RE; First National Bank of Omaha
Knoxville, TN 37919-7448

St Frns Bk
142 W Wisconsin Av
Milwaukee, WI 53203-2507

TDS Metrocom
6425 Odana Road
Madison, WI 53719-1127

The Bank of New York Mellon, et al
c/o Prober & Raphael
Attorney for Secured Creditor
P.O. Box 4365
Woodland Hills, CA 91365-4365

Time Warner Cable
P.O. Box 3237
Milwaukee, WI 53201-3237

WI Dept Of Revenue
P.O.Box 8906
Madison, WI 53708-8906

We Energies
Attn Bankruptcy Dept RM A130
333 W Everett St
Milwaukee WI 53290-0002

We Energies
P.O. Box 2089
Milwaukee, WI 53201-2089

Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104-0700

Wisconsin Department of Revenue
Attn: Special Procedures, MS 4-SPU
PO BOX 8901
Madison WI 53708-8901

Felix Servantez (e)
Servantez Law Office, S.C.
4101 Washington Avenue
Racine, WI 53405-2810

Mary B. Grossman (e)
Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203-0161

Paul P Tadder
1418 Chatham Street
Racine, WI 53402-4942

(e) electronically

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

GREEN TREE SERVICING LLC
P.O. BOX 6154
RAPID CITY, SD 57709-6154

(d)Green Tree Servicing LLC
P.O. Box 6154
Rapid City, SD 57709-6154

IRS
P.O. Box 219236
Kansas City, MO 64121

Nationstar Mortgage, LLC
350 Highland Drive
Lewisville, TX 75067

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chase
P.O. Box 9001871
Louisville, KY 40290-1871

End of Label Matrix
Mailable recipients    45
Bypassed recipients     1
Total                  46